HARRY GROSS, Appellant, v. JAMAICA AUCTION GALLERIES, INC., Respondent. — Motion for leave to appeal to the Court of Appeals granted. Motion for stay denied. Question to be certified. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ. Settle order on notice. [See ante, p. 658.]

HUGH W. MURPHY, INC., Respondent, v. COMMONWEALTH ASSOCIATES, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

FELIX NEGRI, an Infant, by JOSEPH NEGRI, His Guardian ad Litem, Respondent, v. SKOURAS THEATRE CORPORATION, Appellant. JOSEPH NEGRI, Respondent, v. SKOURAS THEATRE CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

WILLIAM C. RATH, Respondent, v. EDWARD J. DEITSCH, and ALAN B. DEITSCH, Appellants.— Motion for reargument of motion, in so far as a stay is concerned, granted, and on reargument motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Kapper, Hagarty and Tompkins, JJ.; Lazansky, P. J., not voting.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. BETTY S. LESCHZINER, etc., and Others, Defendants; CHARLES C. SCHMITT and Another, as Trustees, etc., of AMALIA WACKAROW TRUST, and ISRAEL KAHN, Appellants; GEORGE H. BEAUBIAN, Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ROBERT C. VERNES, Appellant, v. NATHANIEL PHILLIPS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ELSIE BLUM, an Infant over the Age of Fourteen Years, by ROSE LICHENSTEIN, Her Guardian ad Litem, and ROSE LICHENSTEIN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and LOUIS A. GOLDEN, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.